# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND TYRONE DAVIS,
               Appellant,
      vs.
THE STATE OF NEVADA,
               Respondent.

No. 81041

**FILED**

MAY 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to dismiss counsel. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

The court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from a district court order denying a motion to dismiss counsel. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Jacqueline M. Bluth, District Judge
Mueller & Associates
Attorney General/Carson City
Clark County District Attorney
Raymond Tyrone Davis
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A